UNITED STATES DISTRICT COURT
GEORGIA NORTHERN DISTRICT COURT
ATLANTA DIVISION

CASE NO.: ****

BRIAN R. DRESSLER,

        Plaintiff,

v.

DAVIS & FLOYD, INC.,

        Defendant,

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff, BRIAN R. DRESSLER, by and through his undersigned counsel, brings this Complaint against Defendant, DAVIS & FLOYD, INC., for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff BRIAN R. DRESSLER ("Dressler") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Dressler's original copyrighted Work of authorship.

2. Dressler owns a full-service photography business based in Columbia, South Carolina called Dressler Photography. Dressler established his business in 1979 and has won numerous local and regional South Carolina photography "Addy" awards, local "In Show" awards, and a prestigious "Andy" award from the New York Directors Club. He specializes in commercial photography and has been featured in prominent marketing campaigns and publications nationwide, including AT&T, Sears, and many more.

3. Defendant DAVIS & FLOYD, INC. ("D&F") designs and engineers several projects, including structural planning, landscape architecture, hydraulics, and highway engineering. At all times relevant herein, D&F owned and operated the internet website located at the URL https://www.davisfloyd.com/ (the "Website").

4. Dressler alleges that Defendant copied his copyrighted Works from the internet in order to advertise, market and promote its business activities. Defendants committed the violations alleged in connection with its business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Georgia.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, D&F engaged in infringement in this district, D&F resides in this district, and D&F is subject to personal jurisdiction in this district.

## DEFENDANT

9. Davis & Floyd is a Georgia Corporation, with its principal place of business at 1319 Highway 72 221 E, Greenwood, SC, 29649, and can be served by serving its Registered Agent, Registered Agent Solutions, Inc., at 900 Old Roswell Lakes Pkwy, Ste 310, Roswell, GA 30076.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2016, Dressler created the photographs entitled "081116_003" and "08116_290", which are shown below and referred to herein as the "Works".

"081116_003"                                         "08116_290"

   

11. Dressler registered the Works with the Register of Copyrights on September 01, 2016, and was assigned registration number VAu 1-257-038. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Dressler's Works are protected by copyright but were not otherwise confidential, proprietary, or trade secrets. The Works in perspective, orientation, positioning, lighting, and other details are entirely original, distinctive, and unique. As such, the Works qualify as subject matter protectable under the Copyright Act.

13. At all relevant times Dressler was the owner of the copyrighted Works at issue in this case.

### INFRINGEMENT BY D&F

14. D&F has never been licensed to use the Works at issue in this action for any purpose.

15. On a date after the Works at issue in this action was created, but prior to the filing of this action, D&F copied the Works.

16. On or about November 15, 2022, Dressler discovered the unauthorized use of his Work on the Website at the URLs https://www.davisfloyd.com/market/student-housing-construction/ and https://www.davisfloyd.com/wp-content/uploads/2021/07/LanderUniversity_NewStudentHousing_Completed_002.jpg.

17. After D&F copied the Works, it made further copies and distributed the Works on the internet to promote the sale of goods and services as part of its engineering business.

18. D&F copied and distributed Dressler's copyrighted Works in connection with its business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. D&F committed copyright infringement of the Works as evidenced by the documents attached hereto as **Exhibit 2**.

20. Dressler never gave Defendant permission or authority to copy, distribute or display the Works at issue in this case.

21. Dressler notified D&F of the allegations set forth herein on January 25, 2023, and December 28, 2023. To date, the parties have failed to resolve this matter.

**COUNT I**
**COPYRIGHT INFRINGEMENT**

22. Dressler incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Dressler owns a valid copyright in the Works at issue in this case.

24. Dressler registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. D&F copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Dressler's authorization in violation of 17 U.S.C. § 501.

26. D&F performed the acts alleged in the course and scope of its business activities.

27. Defendant's acts were willful.

28. Dressler has been damaged.

29. The harm caused to Dressler has been irreparable.

**WHEREFORE**, the Plaintiff, BRIAN R. DRESSLER, prays for judgment against the Defendant, DAVIS & FLOYD, INC., that:

a. D&F and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. D&F be required to pay Dressler his actual damages and Defendant's profits attributable to the infringement, or, at Dressler's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Dressler be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Dressler be awarded pre- and post-judgment interest; and

e. Dressler be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Dressler hereby demands a trial by jury of all issues so triable.

DATED: March 15, 2024                Respectfully submitted,

*/s/ Faith Beckworth*
FAITH BECKWORTH
Bar Number: 637002
faith.beckworth@sriplaw.com

**SRIPLAW, P.A.**

3355 Lenox Rd. NE
Suite 750
Atlanta, GA 30326
470.200.0168 - Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Brian R. Dressler*